# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| **ROBERT C. HALL, et al,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| **v.** ) | **Civil Action No.:** |
| ) | **4:15-CV-1656-VEH** |
| **THE CITY OF FT. PAYNE, et al,** ) | |
| ) | |
| **Defendants.** ) | |

## ORDER CONTINUING STAY

In light of the representations in the Joint Status Report filed on May 23, 2017 (doc. 63), this matter is **STAYED** until August 24, 2017. The parties shall file a joint status report no later than August 23, 2017.

**DONE** and **ORDERED** this the 25th day of May, 2017.

**VIRGINIA EMERSON HOPKINS**
United States District Judge